AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

)
)
Eric T. Thai )
*Petitioner* )
)
v. ) Case No. 3:22 cv 605 (SVN)
) *(Supplied by Clerk of Court)*
)
T. Pullen, Warden of FCI Danbury, )
in her official capacity )
*Respondent* )

*(name of warden or authorized person having custody of petitioner)*

APR 28 2022 AM 10:46
FILED - USDC - BPT - CT

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Eric Tran Thai
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: FCI Danbury
   (b) Address: 33 ½ Pembroke Road
       Danbury, CT 06811
   (c) Your identification number: 01435-138
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain: _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: United States District Court for the District of Massachusettes
      (b) Docket number of criminal case: 1:19-CR-10108-00
      (c) Date of sentencing: May 13, 2021
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☒ Disciplinary proceedings

☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

  (a) Name and location of the agency or court: _Disciplinary Officer A. Amico, Northeast Regional Office, Federal Bureau of Prisons_

  (b) Docket number, case number, or opinion number: _Incident Report No. 3556908_

  (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _A loss of forty-one (41) days of good conduct time, thirty (30) days solitary confinement, three (3) months of commissary, and six (6) months of visits, in addition to a finding of guilt._

  (d) Date of the decision or action: _October 13, 2021_

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes    ☐ No

(a) If "Yes," provide:

  (1) Name of the authority, agency, or court: _Northeast Regional Office, Federal Bureau of Prisons_

  (2) Date of filing: _December 28, 2021_

  (3) Docket number, case number, or opinion number: _1105590-R1_

  (4) Result: _Response Not Given_

  (5) Date of result: _March 14, 2022 (received April 11, 2022)_

  (6) Issues raised: _See annexed memorandum of Law and Exhibits_

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☒ Yes        ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: Office of the General Counsel ("Central Office"), Federal Bureau of Prisons

   (2) Date of filing: February 26, 2022

   (3) Docket number, case number, or opinion number: 1105590-R1

   (4) Result: Appeal denied

   (5) Date of result: Processed Mar. 23, 2022; backdated Feb. 23, 2022.

   (6) Issues raised: See annexed Memorandum of Law and Exhibits.

   (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes        ☐ No

   (a) If "Yes," provide:     N/A

   (1) Name of the authority, agency, or court:

   (2) Date of filing:

   (3) Docket number, case number, or opinion number:

   (4) Result:

   (5) Date of result:

   (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes        ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes        ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes        ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:

    (a)    Date you were taken into immigration custody: _____
    (b)    Date of the removal or reinstatement order: _____
    (c)    Did you file an appeal with the Board of Immigration Appeals?

        ☐ Yes    ☐ No

        If "Yes," provide:
        (1) Date of filing: _____
        (2) Case number: _____
        (3) Result: _____
        (4) Date of result: _____
        (5) Issues raised: _____

    (d)    Did you appeal the decision to the United States Court of Appeals?

        ☐ Yes    ☐ No

        If "Yes," provide:
        (1) Name of court: _____
        (2) Date of filing: _____
        (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**    See annexed Memorandum of Law

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes ☐ No

**GROUND TWO:** See annexed Memorandum of Law _____
_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____
_____

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes ☐ No

**GROUND THREE:** _____
_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☐ No

**GROUND FOUR:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes            ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:   N/A

_____

_____

### Request for Relief

15. State exactly what you want the court to do:   The Petitioner prays that this Honorable Court will grant the Writ of Habeas Corpus, expunge the incident report, remove the sanctions appertaining to it, restore the forty-one (41) days of good conduct time taken from him as a result of the disciplinary hearing, and provide any other relief that the Court deems necessary and proper.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

April 25, 2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: April 19, 2022

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_